LEE v LEE, No. 137779; Court of Appeals No. 283685.

PEOPLE v CUMPER, No. 137811; Court of Appeals No. 274068.

PEOPLE v MARIO MARTINEZ, No. 137813; Court of Appeals No. 278588.

DUVALL v BRONSON METHODIST HOSPITAL, Nos. 137814 and 137827; Court of Appeals No. 277767.

PEOPLE v BYRON MOORE, No. 137816; Court of Appeals No. 276519.

PEOPLE v STEVEN THOMAS, No. 137822; Court of Appeals No. 278956.

DOWE v DEPARTMENT OF CORRECTIONS, No. 137824; Court of Appeals No. 286447.

PEOPLE v DIING, No. 137826; Court of Appeals No. 288003.

PEOPLE v MARTINEZ-MURO, No. 137832; Court of Appeals No. 288220.

PEOPLE v BANKS, No. 137834; Court of Appeals No. 278800.

PEOPLE v JACQUES, No. 137839; Court of Appeals No. 287698.

PEOPLE v STEVE SMITH, No. 137840; Court of Appeals No. 287971.

PEOPLE v JEREMY RUCKER, No. 137851; Court of Appeals No. 280082.

PEOPLE v GOBEL, No. 137855; Court of Appeals No. 278585.

PEOPLE v DENNIS HALL, No. 137860; Court of Appeals No. 273908.

PEOPLE v PERRUZZI, No. 137882; Court of Appeals No. 280703.

PEOPLE v COWANS, No. 137891; Court of Appeals No. 279247.

PEOPLE v DABABNEH, No. 137903; Court of Appeals No. 278537.

PEOPLE v STEVEN RODRIGUEZ, No. 137904; Court of Appeals No. 281133.

PEOPLE v TONEY, No. 137910; Court of Appeals No. 274752.

PEOPLE v PEREZ, No. 137918; Court of Appeals No. 288121.

PEOPLE v SHANKLIN, No. 137925; Court of Appeals No. 288385.

BUREAU OF HEALTH PROFESSIONS v TOTIN, No. 137926; Court of Appeals No. 285656.

SPARAPANI v IRON COUNTY COMMUNITY HOSPITALS, INC, No. 137927; Court of Appeals No. 286611.

PEOPLE v MEYERS, No. 137928; Court of Appeals No. 285206.

PEOPLE v JAMES DARYL WILLIAMS, No. 137929; Court of Appeals No. 287861.

MAYES v LIVINGSTON, No. 137930; Court of Appeals No. 288148.

PEOPLE v SETTLES, No. 137931; Court of Appeals No. 278704.